IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MARK MISER, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV04-0357-S-LMB |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LAWRANCE WASNED, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pending before the Court in this habeas corpus action are Respondent's Motion for Summary Dismissal (Docket No. 11) and Petitioner's Motion to Amend Petition (Docket No. 17). Having reviewed the record in this case, the Court finds that the parties have not provided portions of the state court record showing whether Petitioner's drug trafficking sentence was a concurrent or consecutive sentence to the earlier sentence for disturbing the peace. *See Garlotte v. Fordice*, 515 U.S. 39, 45-56 (1995) (inmate can challenge prior conviction if still serving time on a consecutive sentence at the time of filing); *Ford v. Commissioner of Correction*, 758 A.2d 853, 856 (Conn. Ct. App. 2000) (*Garlotte* is not implicated where the sentences are concurrent). Respondent shall supplement the lodging of state court records with documents providing the foregoing information. Respondent and Petitioner may also file supplemental briefing on whether *Garlotte* applies, if desired.

**ORDER - 1**

NOW THEREFORE IT IS HEREBY ORDERED that Respondent shall lodge supplemental state court records showing whether Petitioner's sentences were concurrent or consecutive no later than **June 3, 2005**. Respondent and Petitioner may file supplemental briefing on whether *Garlotte* applies, no later than **June 3, 2005**.



DATED: **May 23, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

**ORDER - 2**